klYoung Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff Denise Anne Harris

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE ANNE HARRIS,<br><br>    Plaintiff,<br><br>  vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No:<br><br>COMPLAINT FOR REVIEW OF FINAL DECISION OF THE COMMISSIONER OF SOCIAL SECURITY |

Plaintiff Denise Anne Harris hereby alleges a claim for relief as follows:

1. Denise Anne Harris is a competent adult residing within the jurisdictional boundaries of this Court at Santa Rosa, CA.

2. Plaintiff's Social Security Number is XXX-XX-6743.

3. This action arises under the provisions of the Social Security Act, Title II. This court has jurisdiction to review the decision of defendant herein pursuant to 42 U.S.C. § 405(g).

4. The Social Security Act provides that an individual should be considered disabled if that person is unable to engage in any substantial gainful activity by

1 reason of any medically determinable physical or mental impairment which can be
2 expected to result in death or which has lasted or can be expected to last for a
3 continuous period of not less than twelve months.
4     5. Denise Anne Harris is, and at all times relevant to this action, disabled as
5 that term is defined in the Social Security Act.
6     6. Denise Anne Harris filed an application for disability insurance benefits
7 alleging disability in accordance with the legal requirements of the Social Security
8 Act.  The Commissioner denied the applications initially and upon reconsideration.
9     7. Denise Anne Harris timely requested and participated in a hearing before
10 an administrative law judge.  The ALJ issued a decision denying plaintiff's claim
11 for benefits.
12     8.   Denise Anne Harris timely filed a request for review of the ALJ's
13 decision with the Appeals Council.  On June 17, 2014, the Appeals Council denied
14 the request for review, at which time the ALJ's decision became the final decision
15 of the Commissioner. On August 18 , 2014, plaintiff's counsel requested a 30 day
16 extension of time in which to commence a civil action, Exhibit 1
17     9. Pursuant to Social Security Act, Denise Anne Harris files this action to
18 seek judicial review of the Commissioner's decision and requests that this court
19 reverse that decision, or in the alternative, to remand this matter for a new hearing
20 on the following grounds:
21     (a)  There is no substantial medical or vocational evidence in the record to
22 support the legal conclusion of plaintiff is not disabled within the meaning of the
23 Act;
24     (b)  There is no substantial evidence in the record to support the
25 Commissioner's finding that plaintiff could perform any substantial gainful
26 activity;

1    (c)  The evidence in the record supports only the finding that plaintiff is
2 disabled and has been continuously disabled as that term is defined in the Social
3 Security Act at all times relevant to plaintiff's application;
4    (d)  New and material evidence for which good cause exists for failure to
5 submit earlier exists and warrants a remand of this matter for further proceedings.
6    WHEREFORE, plaintiff Denise Anne Harris prays for judgment against the
7 Commissioner of Social Security as follows:
8    1. That this court reverse and set aside the decision of defendant denying
9 Denise Anne Harris's claim for disability benefits;
10    2. That this court find that plaintiff Denise Anne Harris has been disabled at
11 all times relevant to the application for a period of disability and disability
12 insurance benefits;
13    3. In the alternative, that this court remand the matter for a new hearing or
14 new proceedings as appropriate;
15    4. For all costs of suit incurred herein;
16    5. For reasonable attorney's fees under the Equal Access to Justice Act; and
17    6. For such other and further relief as the court may deem just and proper.

DATE: August 13, 2014            Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Young Cho*

BY: _____
   Young Cho
   Attorney for plaintiff DENISE ANNE HARRIS

-3-

LAW OFFICES OF
LAWRENCE D. ROHLFING

**FACSIMILE TRANSMITTAL SHEET**

| TO: | FROM: |
|---|---|
| Appeals Council, Branch 3 | Young Cho |
| COMPANY: | DATE: |
| | August 18, 2014 |
| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
| (703)605-7011 | Pages 2 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
| | |
| RE: | YOUR REFERENCE NUMBER: |
| Denise Anne Harris | -6743 |

☒ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

NOTES/COMMENTS:

.
Copy to Dan McCaskell by fax.

*** Communication Result Report ( Aug. 18. 2014  7:11PM ) ***

1)
2)

Date/Time: Aug. 18. 2014  7:10PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 6125 | LAN-Fax Transmission | 17036057011 | P. 2 | OK | |

---

Reason for error
  E. 1) Hang up or line fail         E. 2) Busy
  E. 3) No answer                    E. 4) No facsimile connection
  E. 5) Exceeded max. E-mail size    E. 6) Destination does not support IP-Fax

LAW OFFICES OF
LAWRENCE D. ROHLFING

**FACSIMILE TRANSMITTAL SHEET**

| TO: Appeals Council, Branch 3 | FROM: Young Cho |
|---|---|
| COMPANY: | DATE: August 18, 2014 |
| FAX NUMBER: (703)605-7011 | TOTAL NO. OF PAGES INCLUDING COVER: Pages 2 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
| RE: Denise Anne Harris | YOUR REFERENCE NUMBER: 6743 |

☒ URGENT  ☐ FOR REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY  ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Copy to Dan McCaskell by fax.

**LAW OFFICES OF**
**LAWRENCE D. ROHLFING**

12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670

TELEPHONE (562)868-5886
FACSIMILE (562)868-5491
E-MAIL rohlfing.office@rohlfinglaw.com
http://www.californiasocialsecurityattorney.com

LAWRENCE D. ROHLFING
MARC V. KALAGIAN
_____

DENISE BOURGEOIS HALEY
YOUNG CHO
BRIAN C. SHAPIRO, M.A.
LAURA LACKEY-KRANK
STEVEN G. ROSALES
VIJAY J. PATEL
MONICA PERALES
_____

RONALD L. SIEVERS, of counsel
BARBARA GEDANKE, retired

BY APPOINTMENT AT:

Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
TELEPHONE: ((562)437-7006
FACSIMILE: (562)432-2935
E-MAIL rk_sslaw@speakeasy.net
http://rksslaw.com

Law Offices of Lawrence D. Rohlfing
525 B Street, 15th Floor
San Diego, California 92101
TELEPHONE: (619)858-4760
FACSIMILE: (562) 868-8868

**PLEASE RESPOND TO
SANTA FE SPRINGS**

August 18, 2014

Appeals Council, Branch 3
Office of Disability Adjudication and Review
5107 Leesburg Pike, Suite 1305
Falls Church, VA 22041-3255

**SENT BY FACSIMILE TRANSMISSION TO (703)605-7011**

    Re:  Denise Anne Harris
    SSN:        -6743

Dear Appeals Council, Branch 3:

    This letter serves to request a 30 day extension of the time in which to commence a civil action in the United States District Court. Denise Anne Harris needs an extension. Dan McCaskell sent Denise Anne Harris to me. I need to secure papers and declarations to waive fees for my indigent client and I need to secure and review the papers so that I can make an informed filing that complies with the reasonable review required under F.R.Civ.P. Rule 11.

    Please grant me an additional time to review and prepare the appropriate documentation. Counsel needs additional time to determine whether an appeal to federal Court is appropriate. Please grant an additional 30 days to submit a civil action with the United States District Court. I enclose a 1696 and retainer agreement.

    Very truly yours,

    *Young Cho*
    Young Cho
    Attorney at Law

YC:EP

    cc:    Denise Anne Harris
           Dan McCaskell (by email)